No. 34, Misc. Skinner v. Illinois. 
 Certiorari denied. 

No. 35, Misc. Finn v. Ragen, Warden. 
 Certiorari denied.

No. 36, Misc. Schray v. Ragen, Warden. 
 Certiorari denied.

No. 37, Misc. Hawk v. Jones, Warden. 
Certiorari denied. Petitioner *pro se.* *Walter R. Johnson,*
Attorney General of Nebraska, *C. S. Beck,* Deputy Attorney General, and *Robert A. Nelson,* Assistant Attorney
General, for respondent. 

No. 38, Misc. Murphy v. California et al. 
 Certiorari denied. *Fred N.
Howser,* Attorney General of California, and *Benjamin
B. Knight,* Deputy Attorney General, for respondents.

No. 39, Misc. Morton v. Welch, Superintendent.
 Certiorari denied. Petitioner *pro se.* *Solicitor General Perlman, Robert S. Erdahl* and *Philip R.
Monahan* for respondent. 

No. 40, Misc. Jones v. Illinois. 
 Certiorari denied. 

No. 41, Misc. Brown v. Illinois. 
 Certiorari denied. 